NOVEMBER 4, 1996

No. A–688 (O. T. 1995). KLECAN ET AL. v. NEW MEXICO RIGHT TO CHOOSE ET AL. Dist. Ct. N. M., Santa Fe County. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. A–194. HOOK v. MCDADE, UNITED STATES DISTRICT JUDGE FOR THE CENTRAL DISTRICT OF ILLINOIS. D. C. C. D. Ill. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.